IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/<br>        Respondent,<br><br>    vs.<br><br>ROBERT GONZALES,<br><br>        Defendant/<br>        Petitioner. | No. CR-F-94-5011 OWW<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) |

   On August 18, 2008, Petitioner Robert Gonzales filed a motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2), (Doc. 614), based on retroactive application of Amendment 591 to the Sentencing Guidelines.

   The United States is ordered to file a response to Petitioner's motion within 30 days of the filing date of this Order. Petitioner's reply, if any, shall be filed within 30 days thereafter. All further proceedings will be by Court Order.

///

1  IT IS SO ORDERED.

2  **Dated:   August 20, 2008**                              **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE