1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,    )       No. CR-F-94-5011 OWW
                                 )
10                               )       ORDER DENYING PETITIONER'S
                                 )       APPLICATION FOR RELIEF (Doc.
11                  Plaintiff/   )       619) AND DIRECTING UNITED
                    Respondent,  )       STATES TO SERVE PETITIONER
12                               )       WITH OPPOSITION TO MOTION
            vs.                  )       AND FILE PROOF OF SERVICE
13                               )
                                 )
14  ROBERT GONZALES,             )
                                 )
15                               )
                    Defendant/   )
16                  Petitioner.  )
                                 )
17                               )
                                 )
18  _____)

19          On August 18, 2008, Petitioner Robert Gonzales filed a

20  motion for modification of sentence pursuant to 18 U.S.C. §

21  3582(c)(2), (Doc. 614), based on retroactive application of

    Amendment 591 to the Sentencing Guidelines.

22          By Order filed on August 21, 2008, the United States was

23  ordered to respond within 30 days.  The United States filed its

24

25

26

                              1

opposition to Petitioner's motion on September 22, 2008.[1]  No proof of service of the opposition on Petitioner is attached to the opposition or filed as a separate document.

On October 14, 2008, Petitioner filed an "Application for Relief," (Doc. 619), in which Petitioner asserts:

> To this date the government has yet to issue a response to Petitioner's § 3582(c)(2) motion for reduction of sentence, therefore, the government concedes to Petitioner's request for reduction of his sentence, and Petitioner ask [sic] that the district Court grant an Order of Relief in favor of Petitioner.

Petitioner's Application for Relief is DENIED.  The United States timely filed an opposition to his motion but failed to effect service of the opposition on Petitioner.

The United States is ordered forthwith to serve Petitioner with a copy of the opposition to his motion for reduction of sentence and to file a proof of service with the Court. Petitioner's reply, if any, in support of the motion for reduction of sentence shall be filed within 30 days after receipt of service of the opposition.  All further proceedings shall be by order of the Court.

///

---

[1]Although the United States' opposition is filed in the criminal case as Doc. 618 and sets forth the correct caption, it sets forth the case numbers:

                1:05-CV-0399 OWW
                (1:02-CR-5440 OWW)

These are the case numbers assigned to the 28 U.S.C. § 2255 motion filed in *United States v. Mathias Degefu Zewdie.*

IT IS SO ORDERED.

**Dated:    October 23, 2008**                    /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE