1  BENJAMIN B. WAGNER
United States Attorney
2  KATHLEEN A. SERVATIUS
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
5
Attorneys for Plaintiff
6  United States of America

7              IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            CASE NO.  1:94-CR-5011 LJO

10                      Plaintiff,      STIPULATION REFERRING MOTION FOR
                                        SENTENCE REDUCTION TO FEDERAL
11              v.                      DEFENDER'S OFFICE AND PROBATION
                                        OFFICE AND **[PROPOSED]** ORDER THEREON
12  ROBERT GONZALES,

13                      Defendant.

14

15       The Court is in receipt of a motion to reduce a criminal sentence pursuant to Title 18, United

16  States Code, Section 3582(c)(2).  The Court refers this motion to the Probation Office (Probation

17  Officers Hubert Alvarez and/or Melinda Peyret) and the Office of the Federal Defender and Assistant

18  Federal Defender David M. Porter, pursuant to General Order No. 546.  The Federal Defender's Office

19  shall have 30 days from the date the Court approves the stipulation/order to conduct an initial review of

20  the motion to determine the status of representation of the defendant.

21       1.    If Federal Defender's Office determines that the defendant is eligible for representation

22  and agrees to represent the defendant, a representative of the Federal Defender's Office shall file a

23  notice of appearance in the case.  If the matter has been referred to panel counsel, a copy of this order

24  shall be forwarded by the Federal Defender's Office to appointed panel counsel who shall then file a

25  notice of appearance in the case.

26       2.    The notice of appearance shall indicate whether counsel intends to supplement the

27  defendant's motion.

28

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION

1    3.    If the defendant does not intend to supplement the motion, the government's response

2  will be due 14 days following counsel's notice of appearance.

3    4.    If defendant's counsel intends to supplement the defendant's motion, then the notice of

4  appearance shall indicate the date upon which the supplement will be filed and the date upon which the

5  government's response shall be due.  Such dates should be mutually agreeable to the parties.

6    5.    If the parties agree that a hearing is necessary, the notice of appearance shall include the

7  date of the hearing, preferably no earlier than two weeks after the government's response is filed.  If the

8  parties are not in agreement that a hearing is necessary, that issue should be addressed in the parties'

9  respective filings.

10    6.    Upon review of the motion and response, the Court will determine whether oral argument

11  or hearing will aid its determination of the motion and notify counsel of its decision.

12  Dated: November 12, 2014                           BENJAMIN B. WAGNER
                                                       United States Attorney
13

14                                                     /s/ *Kathleen A. Servatius*
                                                       KATHLEEN A. SERVATIUS
                                                       Assistant United States Attorney
15

16  Dated: November 12, 2014                           HEATHER E. WILLIAMS
                                                       Federal Defender
17

18                                                     /s/ *David M. Porter*
                                                       DAVID M. PORTER
19                                                     Assistant Federal Defender
                                                       Attorney for Defendant

20                                  **ORDER**

21        The above stipulation is approved. In addition, if no defense counsel makes an appearance within

22  the 30-day period set forth in the introductory paragraph of this stipulation, the government shall file an

23  opposition within 14 days of the expiration of such period.

24  IT IS SO ORDERED.
25

26    Dated:   **November 13, 2014**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
27

28

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION