HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT GONZALEZ,<br><br>                    Defendant. | No. Cr. F 94-5011 LJO<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER**<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's November 13, 2014 order be extended to **February 20, 2015**.  The undersigned is awaiting responses from Mr. Gonzales and the Probation Office.  Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated: January 6, 2015

> Respectfully submitted,
>
> HEATHER E. WILLIAMS
> Federal Defender
>
> /s/ *David M. Porter*
> DAVID M. PORTER
> Assistant Federal Defender

# ORDER

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of November 13, 2014, may be filed on or before February 20, 2015.

IT IS SO ORDERED.

Dated: **January 7, 2015**           /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE