# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:94-cR-05011 LJO** |
| Plaintiff, | |
| v. | **ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO PROCEED PRO SE, FOR REMOVAL OF COUNSEL, AND FOR SANCTIONS** |
| **ROBERT GONZALES,** | **(Doc. 670)** |
| Defendant. | |

On November 7, 2014, Defendant Robert Gonzales filed a pro se motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) ("§ 3582 Motion"). Doc. 661. Pursuant to Eastern District of California General Order 546, the Court automatically referred Defendant's § 3582 Motion to the Office of the Federal Defender. *See* Doc. 667. If, with a defendant's consent, the Federal Defender enters an appearance in connection with a previously filed pro se § 3582 motion, the Federal Defender would then have the option of supplementing the motion. The Federal Defender cannot normally enter an appearance without a defendant's consent.

In this case, the Federal Defender **has not entered an appearance on Defendant's behalf**. The Federal Defender did request an extension of time, to February 20, 2015, to communicate with Defendant about this matter. Doc. 668. The Court granted this request, Doc. 669, but has not yet received any communication from the Federal Defender indicating that Defendant has consented to the Federal Defender representing him in this matter.

On January 12, 2015, Defendant filed a motion for leave to proceed pro se, remove the Federal Defender as counsel, and impose sanctions upon the Federal Defender. Doc. 670. This motion is premised upon the erroneous assumption that the Federal Defender entered an appearance in this matter.

1

As no such appearance has been entered or attempted, the motion is DENIED. Defendant maintains his pro se status. The motion also implies that Defendant will not consent to the Federal Defender representing him in connection with his § 3582 motion. Unless the Court is informed otherwise by the Federal Defenders Office on or before February 14, 2014, the Court will assume petitioner has refused to consent to representation by the Federal Defender's Office. In such a circumstance, the United States shall file an opposition to the pro se petition on or before February 28, 2014. No reply is authorized.

IT IS SO ORDERED.

Dated: **January 14, 2015**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE