HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERT GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:94-cr-05011-LJO |
|---|---|
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| ROBERT GONZALES, | Hon. Jennifer L. Thurston |
| Defendant. | |

Robert Gonzales hereby moves this Court for an order terminating his term of supervised release at this time. Undersigned counsel has conferred with Mr. Gonzales's assigned United States Probation Officer, Laura Del Villar, as well as with counsel for the government, Assistant United States Attorney Kimberly Sanchez, and neither probation nor the government is opposed to this request.

Title 18, United States Code, Section 3583(e) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c) [1], provided the Court is

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3583(e)); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

On October 10, 1995, United States District Judge Oliver W. Wanger sentenced Mr. Gonzales to 360 months of imprisonment and 5 years of supervised release following a jury's guilty verdicts on charges of conspiracy to manufacture and distribute methamphetamine and manufacturing methamphetamine. *See* ECF #346. Mr. Gonzales was released from the Bureau of Prisons and began his term of supervised release on April 5, 2019. As of the date of this filing, Mr. Gonzales, who is nearly 70 years old, has been on supervised release for over four years and two months. During that time, Mr. Gonzales has not incurred any violations of supervised release and has remained in compliance with all terms and conditions. He has maintained a steady residence in Porterville, California, and recently allowed his niece and nephew to move in with him. Mr. Gonzales was laid off from his job as a heavy equipment operator during the pandemic and has been collecting social security since. He is currently exploring getting a Class A driver's license so that he can return to work; however, he does not qualify for financial assistance while on supervision. At present, Mr. Gonzales is not receiving counseling or treatment services from probation and he is living a positive, pro-social, and law-abiding life.

On June 2, 2023, undersigned defense counsel reached out to Mr. Gonzales's probation officer, Laura Del Villar, for her position on a request for early termination. Officer Del Villar responded that same date, stating that she "would support his request." On June 4, 2023, Assistant United States Attorney Kimberly Sanchez indicated via email that she has "[n]o objection" to early termination.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Gonzales and is in the interests of justice.

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 13, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ROBERT GONZALES

# O R D E R

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Robert Gonzales's term of supervised release.

Dated: June  14 , 2023

JENNIFER L. THURSTON
United States District Judge